LAW OFFICES OF BRANDON A. BLOCK
A PROFESSIONAL CORPORATION
BRANDON A. BLOCK (State Bar No. 215888)
433 North Camden Drive, Suite 600
Beverly Hills, CA 90210
Telephone:   310.887.1440
Facsimile:   310.496.1420

Attorneys for Plaintiff
IMAN M. MAREI

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| IMAN M. MAREI, an individual,<br><br>   Plaintiff,<br><br>   vs.<br><br>PAR, INC. d/b/a PAR NORTH AMERICA, an Indiana corporation; and DOES 1 through 10, inclusive,<br><br>   Defendants. | CASE NO. 8:15-cv-00485 AG (VBKx)<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE**<br>**[Fed. R. Civ. P. 41(a)(1)(a)(i)]** |

**TO THE COURT, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Iman M. Marei, by and through her counsel, hereby gives notice of her voluntary dismissal of this action in its entirety without prejudice. Defendant PAR, Inc. – the only named defendant – has not served an answer or motion for summary judgment in this action.

Fed. R. Civ. P. 41(a)(1)(A)(i) provides that a plaintiff may voluntarily dismiss his or her case without a court order by filing a notice of dismissal as long as the opposing party has not yet served either an answer or motion for summary judgment in response to the complaint. "It is well settled that under Rule 41(a)(1)(i), 'a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment.'" Commercial Space Mgmt. Co. v. Boeing Co., 193 F.3d 1074, 1077 (9th Cir. 1999) (quoting Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997)). As held in Pedrina v. Chun, 987 F.2d 608, 610 (9th Cir. 1993) (quoting American Cyanamid Co. v. McGhee, 317 F.2d 295, 297 (5th Cir. 1963)):

> The [filing of notice] itself closes the file. There is nothing the defendant can do to fan the ashes of that action into life and the court has no role to play. This is a matter of right running to the plaintiff and may not be extinguished or circumscribed by adversary or court. There is not even a perfunctory order of court closing the file. Its alpha and omega was the doing of the plaintiff alone. He suffers no impairment beyond his fee for filing.

Because the dismissal is effective on filing and no court order is required, "'the filing of a notice of voluntary dismissal with the court automatically terminates the action as to the defendants who are the subjects of the notice.'" Commercial

Space Mgmt, 193 F.3d 1074, 1077 (9th Cir. 1999) (quoting Wilson, 111 F.3d at 692). The effect is to "leave the parties as though no action had been brought."

    Accordingly, this action should be dismissed without prejudice.

Dated: November 5, 2015        LAW OFFICES OF BRANDON A. BLOCK
A PROFESSIONAL CORPORATION

By:   /s/
      Brandon Block

Attorneys for Plaintiff
IMAN M. MAREI

# **PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California, over the age of eighteen years, and not a party to the within action. My business address is: Law Offices of Brandon A. Block, A Professional Corporation, 433 North Camden Drive, Suite 600, Beverly Hills, CA 90210.

On the date of execution of this Proof of Service, I caused the attached document to be served on the following person(s):

David M. Lester
Donald E. Bradley
Musick, Peeler & Garrett LLP
650 Town Center Drive, Suite 1200
Costa Mesa, CA 92626-1925

☒ **By CM/ECF Notice of Electronic Filing.** I served the document by ECF. I electronically filed the document with the Clerk of the Court using the CM/ECF system. I am informed and believe that all other parties on the docket sheet received electronic notice of this filing.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on November 5, 2015 at Beverly Hills, California.

/s/
Brandon Block

NOTICE OF VOLUNTARY DISMISSAL – CASE NO. 8:15-cv-00485 AG (VBKx)